**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**NAVASHIA AKINS**                                                    **PLAINTIFF**

**v.**                                    **No. 4:25-cv-1127-DPM**

**UBER TECHNOLOGIES, INC.**                                 **DEFENDANT**

**ORDER**

The motion, *Doc. 12*, is granted for good cause shown.  Uber's answer or Rule 12(b) motion due by 20 February 2026.

So Ordered.

_DPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

13 February 2026