# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

NAVASHIA AKINS                                                    PLAINTIFF

v.                                    No. 4:25-cv-1127-DPM

UBER TECHNOLOGIES, INC.                                          DEFENDANT

## ORDER

Unopposed motion to compel arbitration, *Doc. 14*, granted. The Court refers all of Akins's claims to arbitration. The case is stayed and administratively terminated. *Smith v. Spizzirri*, 601 U.S. 472, 476 (2024). Joint status report due 14 September 2026 and every six months thereafter until arbitration is resolved. The Court retains jurisdiction over the case during the pendency of the arbitration.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 March 2026