**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**NAVASHIA AKINS** **PLAINTIFF**

**v.** **No. 4:25-cv-1127-DPM**

**UBER TECHNOLOGIES, INC.** **DEFENDANT**

# ORDER

Joint status report, *Doc. 26*, appreciated. Next joint report due by 15 March 2027.

So Ordered.

D.P. Marshall Jr.
United States District Judge

15 September 2026